UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH BASCO DRAPEAU,

    Plaintiff,

v.   Case No:   6:24-cv-2023-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant

## ORDER

Before the Court is Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant. Doc. No. 13. Plaintiff does not object. *Id.* at 1. Upon review, however, the motion provides no explanation for the basis for remand. *Id.* at 1, 2. Accordingly, the Motion (Doc. No. 13) is **DENIED without prejudice**. A renewed motion must include an explanation regarding the basis for remand.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party