## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSEPH BASCO DRAPEAU,

        Plaintiff,

v.                                  Case No:   6:24-cv-2023-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

_____

### ORDER

Before the Court is Defendant's Amended Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant.   Doc. No. 15.   Defendant moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) so that the following may occur:

> On remand, the Appeals Council will instruct the Administrative Law Judge to obtain supplemental vocational evidence to determine whether a significant number of jobs exists in the national economy that Plaintiff can perform, take any further action needed to complete the administrative record, and issue a new decision.

*Id.* at 1.   Plaintiff does not object.   *Id.* at 2.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1.      Defendant's Amended Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant (Doc. No. 15) is **GRANTED**.

2.      The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3.      The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all other pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on February 14, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party

2